

# TWERSKY PLLC

January 15, 2019

**Via ECF**

Hon. Freda L. Wolfson
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 5E
Trenton, New Jersey 08608

                      Re:    *Khdr Swed, Rafi Swed and Swar Developers, LLC v.*
                               *Ahron Mansour, Rifka Mansour, Arm Developers, LLC,*
                               *Arm Land Group, LLC and Jonathan Strasser*
                               Case No. 3:19-cv-00328

Dear Judge Wolfson,

      I, and Ilana Neufeld, Esq., are attorneys with the law firm of Twersky PLLC, counsel for Defendants Ahron Mansour, Rifka Mansour and Arm Developers, LLC ("Mansour Defendants") in the captioned matter.

      On January 10, 2019, the Mansour Defendants removed this matter to federal court pursuant to 28 U.S.C. 1441. Upon consent of the parties, we respectfully submit this letter to request that the Court remand this matter back to state court – Superior Court of New Jersey, Chancery Division: Ocean County, Docket No. OCN-C-257-18 – and close this matter in this Court.

      Thank you in advance for Your Honor's understanding.

                                                                               Respectfully yours,

                                                                               Aaron Twersky, Esq.

cc:    Paul I. Perkins, Esq. (via e-mail)
        pperkins@kimbae.com
        *Attorney for Plaintiffs*

                                                                               SO ORDERED:

                                                                               Hon. Freda L. Wolfson    1/16/19