## UNITED STATES DISTRICT COURT
### FOR THE District of New Jersey [LIVE]
### U.S. District Court for the District of New Jersey


KHDR SWED, et al.

                          Plaintiff,

v.                                          Case No.: 3:19−cv−00328−FLW−LHG

                                            Judge Freda L. Wolfson

AHRON MANSOUR, et al.

                          Defendant.



Clerk, Superior Court of New Jersey
Ocean County Courthouse
118 Washington Street
Toms River, NJ 08754

State No: OCN−C257−18


**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled
matter to your Court.




                                    Very truly yours,

                                    William T. Walsh, Clerk
                                    By Deputy Clerk, mps



encl.
cc: All Counsel